# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| Jesus Portillo, | Civil Action No. 3:16-cv-00159-DCG |
| Plaintiff, | |
| v. | |
| Navient Solutions, Inc. aka Sallie Mae, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: May 24, 2017

Respectfully submitted,

By: */s/ Sergei Lemberg*

Sergei Lemberg, Attorney-in-Charge
Connecticut Bar No. 425027
LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Email: slemberg@lemberglaw.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Texas Electronic Document Filing (ECF) system and that the document is available on the ECF system.

*/s/ Sergei Lemberg*

Sergei Lemberg, Esq.