UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| Jesus Portillo, | : |
| | : Civil Action No.: 3:16-cv-00159-DCG |
| Plaintiff, | : |
| v. | : |
| Navient Solutions, LLC, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

Jesus Portillo

__/s/ Sergei Lemberg_____

Sergei Lemberg, Attorney-in-Charge
Connecticut Bar No. 425027
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Attorney for Plaintiff

Navient Solutions, LLC

__/s/ Justin Opitz_____

Justin Opitz, Esq.
McGUIREWOODS LLP
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
Telephone: (214) 932-6400
Attorney for Defendant

SO ORDERED